■ RICHARD A. HARRIS, Respondent, v. RUTH F. HARRIS, Appellant.— Interlocutory judgment modified on the law and facts in accordance with the memorandum and as modified affirmed, with costs to the defendant. Certain findings of fact disapproved and reversed and new findings made. Memorandum: In this action for an annulment, the plaintiff husband failed to prove that his choice of a wife was induced by fraud. It appears from his own testimony that the parties lived together as man and wife, experiencing no difficulties until the arrival of a baby, when defendant proved unequal to her new responsibilities. Breach of contract or discord subsequent to the marriage, however, is no ground for an annulment in New York. That part of the judgment which awards to plaintiff custody of the infant child should be affirmed ('Civ. Prac. Act, 1170-a), for defendant has proved an incompetent and unwilling mother. We are not passing on the rights of either party to this proceeding to a separation. All concur. (Appeal from an interlocutory judgment of Monroe Equity Term, granting to plaintiff an annulment and custody of the issue of the marriage). Present — McCurn, P. J., Vaughan, Williams, Bastow and Goldman, JJ.

■ ALBERT H. COFFEE et al., Respondents, v. NORMAN B. SWANSON et al., Appellants.— Judgment affirmed, with costs. All concur. (Appeal from a judgment of the Onondaga Supreme Court, for plaintiffs in an injunction action.) Present—McCurn, P. J., Vaughan, Williams, Bastow and Goldman, JJ.

■ RONALD G. DUSING, an Infant, by DONALD C. DUSING, His Guardian ad Litem, et al., Appellants, v. EDWARD A. KLINK, Respondent.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellants to abide the event, on the ground that the verdict is against the weight of evidence. All concur. (Appeal from a judgment of Erie Trial Term, for defendant for no cause of action as to both plaintiffs in an automobile negligence action. The order denied a motion for a new trial.) Present — McCurn, P. J., Vaughan, Kimball, Bastow and Goldman, JJ. [See 4 A D 2d 744.]

■ ADA SMITH et al., Appellants, v. LAPP EXPRESS CO., INC., et al., Respondents.— Judgments and order affirmed, with costs. All concur. (Appeal from two judgments of Monroe Trial Term for defendants for no cause of action in an automobile negligence action. The order denied a motion for a new trial.) Present — McCurn, P. J., Vaughan, Kimball, Bastow and Goldman, JJ.